ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ST. PAUL PAINTING INDUSTRY HEALTH & WELFARE FUND, ST. PAUL PAINTING INDUSTRY PENSION FUND, ST. PAUL PAINTING INDUSTRY VACATION FUND,

Civil File No. 01-CV-1989 ADM/AJB

and

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

**ORDER FOR DISMISSAL**

vs.

DECOR-TEC, INC.,

Defendant.

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: February 25, 2003

The Honorable Ann D. Montgomery
United States District Court Judge

117533

FILED 2-26-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 2-26-03
DEPUTY CLERK ________